# In the United States Court of Federal Claims

No. 13-24 C

(Filed April 12, 2013)

```
* * * * * * * * * * * * * * * * * * * *
YUCCA VALLEY OASIS II,        *
LIMITED,                      *
                              *
        Plaintiff,            *
                              *
    v.                        *
                              *
THE UNITED STATES,            *
                              *
        Defendant.            *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On April 11, 2013, defendant filed a Second Unopposed Motion For Enlargement of Time To Respond To Plaintiff's Complaint in this matter. Therein, defendant requests an enlargement of time of sixty days, to and including June 14, 2013, to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH