# In the United States Court of Federal Claims

No. 13-24 C

(Filed June 14, 2013)

```
* * * * * * * * * * * * * * * * * * * *
YUCCA VALLEY OASIS II,           *
LIMITED,                         *
                                 *
           Plaintiff,            *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
           Defendant.            *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On June 13, 2013, defendant filed a Third Unopposed Motion For Enlargement of Time To Respond To Plaintiff's Complaint in this matter. Therein, defendant requests an enlargement of time of sixty days, to and including August 13, 2013, to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                                               /s/Lynn J. Bush
                                                              LYNN J. BUSH