# In the United States Court of Federal Claims

No. 13-24 C

(Filed October 8, 2013)

```
* * * * * * * * * * * * * * * * * * * *
YUCCA VALLEY OASIS II,            *
LIMITED,                          *
                                  *
              Plaintiff,          *
                                  *
       v.                         *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 3, 2013, plaintiff filed an Unopposed Motion for Enlargement of Time of sixty days, to and including December 3, 2013, within which to file the parties' Joint Preliminary Status Report (JPSR) in this matter.  For good cause shown, it is hereby **ORDERED** the plaintiff's motion is **GRANTED**; and the parties shall FILE their **JPSR** on or before **December 3, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH