# In the United States Court of Federal Claims

No. 13-24 C

(Filed December 3, 2013)

* * * * * * * * * * * * * * * * * * * * *

YUCCA VALLEY OASIS II,      *
LIMITED,                     *
                                 *
          *Plaintiff*,     *
                                 *
      v.                  *
                                 *
THE UNITED STATES,      *
                                 *
         *Defendant*.   *

* * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 2, 2013, plaintiff filed an Unopposed Motion for Enlargement of Time of sixty days, to and including February 3, 2014, within which to file the parties' Joint Preliminary Status Report (JPSR) in this matter.  For good cause shown, it is hereby **ORDERED** the plaintiff's motion is **GRANTED**; and the parties shall **FILE** their **JPSR** on or before **February 3, 2014**.

/s/Lynn J. Bush
LYNN J. BUSH